**No. 43065.**—Protests 921491–G, etc., of Chong Sing & Co. et al. (San Francisco).

Opinion by Evans, J.   In accordance with stipulation of counsel the protests were sustained.   *Great Pacific Co.* v. *United States* (T. D. 46921) and *United States* v. *Great Pacific Co.* (23 C. C. P. A. 319, T. D. 48192) followed.

**No. 43066.**—Protests 812702–G, etc., of Henri Bendel, Inc. (New York).

Opinion by Keefe, J.   On the authority of Fanny of Hilda, Inc. (T. D. 48881) the protests were sustained.

**No. 43067.**—Protests 938390–G, etc., of Kwong Yuen & Co., Inc. (New York).

Opinion by Keefe, J.   On the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 and the metal stands at 45 percent under paragraph 397.

**No. 43068.**—Protests 987316–G, etc., of R. U. Delapenha & Co., Inc. (NewYork).

Opinion by Keefe, J.   In accordance with stipulation of counsel and on the authority of Abstract 41762 the protests were sustained.

**No. 43069.**—Protest 992190–G of L. A. Salomon & Bro. (New York).

Opinion by Keefe, J.   It was established that the importation in question is the same as the silica the subject of *Salomon* v. *United States* (1 Cust. Ct. 293, C. D. 68).   The claim for free entry under paragraph 1775 was therefore sustained.

**No. 43070.**—Protest 990966–G of M. Knoedler & Co., Inc. (New York).

Opinion by Keefe, J.   No evidence was offered to prove that the exporter was in fact the importer thereof.   Therefore the protest was overruled.

**No. 43071.**—Protest 988517–G of Morney Sales Co. (New York).

Opinion by Keefe, J.   As there was no indication from any examination made by the customs officials that the merchandise in question was short landed and no competent evidence produced in proof thereof the protest was overruled.